

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**Oscar GONZALEZ-Gomez,**<br><br>　　　　　　　Defendant | Magistrate Docket No. 2008 SEP -3 AM 9: 32<br><br>**'08 MJ 2 7 0 4**<br><br><u>COMPLAINT</u> <u>FOR</u> <u>VIOLATION OF</u>:<br>BY_____DEPUTY<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2008** within the Southern District of California, defendant, **Oscar GONZALEZ-Gomez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　　　　Ismael A. Canto
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **SEPTEMBER, 2008.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Leo S. Papas
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Oscar GONZALEZ-Gomez

## PROBABLE CAUSE STATEMENT

On September 2, 2008, Border Patrol Agent M. Sablan was assigned line-watch duties in the El Cajon Border Patrol Station's area of operation near Campo, California. At approximately 4:15 a.m., Agent Sablan responded to a call via Department of Homeland Security radio from Border Patrol Agent M. McCoy who had observed a group of four individuals entering into the United States illegally through a gap in the US/Mexico International Boundary, with his infrared scope. The area in which these individuals were observed making their way north from the border fence is known as "Zuellner's". This area is approximately nine miles east of the Tecate, California Port of Entry, and approximately .5 mile north of the United States International Border. This area is notorious for the presence of illegal aliens attempting to further their entry into the United States after having recently crossed the border on foot.

Agent Sablan located and confronted the four subjects who were attempting to conceal themselves in the thick brush. Due to the subjects' suspicious behavior and close proximity to the border, Agent Sablan identified himself as a United States Border Patrol Agent in both the English and Spanish language and questioned all individuals as to their citizenship and nationality. All four male subjects, including one later identified as, the defendant **Oscar GONZALEZ-Gomez**, individually stated that they are citizens and nationals of Mexico, not in possession of proper immigration documents that would allow them to enter or remain in the United States legally. At approximately 4:35A.M. Agent Sablan arrested all four individuals, including the defendant and transported them to the Forrest Gate Processing Center in Campo, California for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 12, 2004** through **Calexico, California** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. He stated he understood his rights, and was willing to answer questions without the presence of an attorney. **GONZALEZ** admitted that he is a citizen and national of Mexico, illegally present in the United States, with no immigration documents that would allow him to enter or remain in the United States legally.