1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Gonzalez-Gomez

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2704 |
| 12         Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **OSCAR GONZALEZ-GOMEZ,** | ) | |
| 15         Defendant. | ) | |

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                             Respectfully submitted,

21 Dated: September 8, 2008              *s/ James M. Chavez*
                                          Federal Defenders of San Diego, Inc.
22                                        *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Gonzalez-Gomez

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj2704
                                    )
12            Plaintiff,            )
                                    )
13 v.                               )   **PROOF OF SERVICE**
                                    )
14 **OSCAR GONZALEZ-GOMEZ**,        )
                                    )
15            Defendant.            )
                                    )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20        **ASSISTANT UNITED STATES ATTORNEY**
          efile.dkt.gc1@usdoj.gov,
21

22 Dated: September 8, 2008              *s/ James M. Chavez*
                                         JAMES M. CHAVEZ
23                                       Federal Defenders of San Diego, Inc.,
                                         225 Broadway, Suite 900
24                                       San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
25                                       (619) 687-2666  (fax)
                                         e-mail: james_chavez@fd.org
26

27

28